IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
~~WESTERN~~ DIVISION
Eastern



ABRAHAM MEDINA
_____

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

MADISON COUNTY JAIL
_____

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.   Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✓)

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

      Plaintiffs: _____

      Defendants: _____

      2. Court (if federal court, name the district; if state court, name the county): _____

      3. Docket Number: _____
      4. Name of judge to whom case was assigned: _____
      5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

      6. Approximate date of filing lawsuit: _____

      7. Approximate date of disposition: _____

Revised 4/18/08

II. Place of Present Confinement: _____
   A. Is there a prisoner grievance procedure in the institution?
   Yes (✓)  No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (✓)  No ( )
   C. If your answer is Yes:
      1. What steps did you take? Wrote request/agreement forms, spoke to seargants, lieutanants
      2. What was the result? Said there was nothing they could do about it
   D. If your answer is No, explain why not: _____

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff ABRAHAM MEDINA
      Address (INCARCERATED) 515 S. Liberty St, Jackson TN 38301

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant MADISON COUNTY JAIL is employed as _____
      at MADISON COUNTY JAIL

   C. Additional Defendants: _____

IV. Statement of Claim

   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   I was having severe pain due to my tooth I spoke to deputies, seargants, lieutanants for (2) weeks straight trying to get medical help for my dental pain they did not want to do nothing, when they did finally take me to the dentist I explained my situation over and over they pulled my tooth out without my okay so and when there was no reason to do so with the end all they kept telling me was all Madison County did was pull I knew the law so I showed them pieces of laws and rights saying they have to give us medical & dental care, in the end nothing was done they just stopped responding.

   -2-                                        Revised 4/18/08

V. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

I would appreciate it if I could get dental compensation for my dental care. I would also like compensation for my pain and suffering, and if anything can be done for other inmates in the same facility I would truly more than appreciate that. Please and thank you.

VI. Jury Demand

I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this DEC day of 12, 20 13.

_Adrian Medina_

(Signature of Plaintiff/Plaintiffs)